# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand twenty-five.

Before:     Joseph F. Bianco,
                *Circuit Judge.*

_____

Lego A/S, Lego Systems, Inc., Lego Juris A/S,

    Plaintiffs-Counter-Defendants-Appellees,

v.

Zuru Inc.,

    Defendant-Counter-Claimant-Appellant.

_____

**ORDER**

Docket No. 24-634

By letter dated June 2, 2025, Appellant requests the Court reinstate this appeal and issue the following supplemental briefing schedule:

- Appellant's supplemental opening brief (not to exceed 7,000 words) and any supplemental appendix to be filed by June 30, 2025;
- Appellees' supplemental answering brief (not to exceed 7,000 words) to be filed by July 30, 2025;
- Appellant's supplemental reply brief (not to exceed 3,500 words) to be filed by August 18, 2025.

IT IS HEREBY ORDERED that Appellant's request is GRANTED. The mandate is recalled, and this appeal is reinstated. The proposed supplemental briefing schedule is SO ORDERED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

